UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH WILLIAM VINES, JR.,

          Plaintiff,

   v.

UNITED STATES OF AMERICA,

          Defendant.

NO. CIV. S-05-2370 FCD PAN

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on Meek and Schwartz's ("M&S"), A Law Corporation, motion to withdraw as attorney of record for plaintiff Kenneth William Vines, Jr.

    Pursuant to E.D. Local Rule 83-182(b):

> [A]n attorney who has appeared may not withdraw leaving the client in propria persona without leave of Court upon noticed motion and written notice to the client and all other parties who have appeared. The attorney shall provide an affidavit stating the current or last known address or addresses of the client and the efforts made to notify the client of the motion to withdraw. Withdrawal as attorney of record is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules.

M&S has complied with the requirements of the local rules by

1

1 noticing the instant motion, serving plaintiff with a copy of the
2 motion and attachments thereto, and providing the court with
3 plaintiff's current address.
4 　　　　The Rules of Professional Conduct of the State Bar of
5 California provide in pertinent part:
6 　　　　　　A member shall not withdraw from employment until the
　　　　　　member has taken reasonable steps to avoid reasonably
7 　　　　　　foreseeable prejudice to the rights of the client,
　　　　　　including giving due notice to the client, allowing
8 　　　　　　time for employment of other counsel, complying with
　　　　　　rule 3-700(D), and complying with applicable laws and
9 　　　　　　rules.
10 California Rules of Professional Conduct, Rule 3-700(A)(2).  M&S
11 complied with these requirements by providing plaintiff notice of
12 its intent to bring the instant motion.
13 　　　　The Rules of Professional Conduct provide that an attorney
14 may withdraw from representation if "[t]he client knowingly and
15 freely assents to termination of employment."  California Rules
16 of Professional Conduct, Rule 3-700(C)(5).  Plaintiff Kenneth
17 William Vines has filed a proposed order in this court,
18 consenting and accepting to substitute himself, in propria
19 persona, as the attorney of record.  Plaintiff Vines has also
20 filed a declaration, stating that he understands the requirements
21 of representing himself pursuant to Local Rule 83-183.  Given
22 plaintiff's motion to proceed in propria persona and accompanying
23 declaration, M&S's motion to withdraw as attorney of record is
24 GRANTED.  M&S shall comply with the requirements of California
25 Rules of Professional Conduct, Rule 3-700(D).
26 　　　　M&S's motion for substitution of attorney is GRANTED, and
27 plaintiff Kenneth William Vines is substituted in propria
28 persona.  Pursuant to Local Rule 72-302(c)(21), this case is

hereby referred to the assigned Magistrate Judge, Peter A. Nowinski, for case management and recommendation(s) to the District Court Judge.  All future pleadings shall list the case number as CIV S-05-2370 FCD PAN PS.  All dates currently set before Judge Damrell are VACATED.  Parties are to contact Nic Cannanozzi at 916-930-4172 with regard to further case management.

      IT IS SO ORDERED.

DATED: March 1, 2006.

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL, Jr.
                                        UNITED STATES DISTRICT JUDGE

3