IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WILLIAM VINES, JR.,

    Plaintiff,

    v.                                         CIV. S-05-2370 FCD PAN (GGH) PS

THOMAS MCNEESE KELLER et al.,

    Defendants.                      ORDER REQUIRING
                                                  JOINT STATUS REPORT

_____/

        Defendants removed this case from Shasta County Superior Court to the district court on November 11, 2005. Defendants answered the complaint on December 12, 2005. On March 1, 2006, the Honorable Frank C. Damrell, Jr., granted the motion of plaintiff's counsel to withdraw and permit plaintiff to represent himself in propria persona. Judge Damrell thereupon referred this case to the assigned Magistrate Judge for case management, vacating all dates previously set before the District Judge. This case has now been assigned to the undersigned Magistrate Judge for all purposes encompassed by Local Rule 72-302(c)(21).

        Accordingly, pursuant to the provisions of Federal Rule of Civil Procedure 16, IT HEREBY IS ORDERED THAT:

        1. The parties shall file a JOINT STATUS REPORT within twenty (20) days after the filing of this order which briefly describes the following:

1

        (a) Progress in serving process;

        (b) Possible joinder of additional parties;

        (c) Expected or desired amendment of pleadings;

        (d) Jurisdiction and venue;

        (e) Anticipated motions and their scheduling;

        (f) The report required by Rule 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

        (g) Proposed cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;

        (h) Special procedures, if any;

        (i) Estimated trial time;

        (j) Modification of standard pretrial procedures due to the simplicity or complexity of the proceedings;

        (k) Whether the case is related to any other case, including bankruptcy;

        (l) Whether a settlement conference should be scheduled;

        (m) Any other matters that may add to the just and expeditious disposition of this matter.

    2. Upon reviewing the joint status report, the Court may:

        (a) Issue a scheduling order; or

        (b) Set a status conference.

    3. The parties may consent to have this case before the assigned magistrate judge for all purposes.  See 28 U.S.C. § 636(c).  Any party who consents should complete and file the form previously provided by the Clerk of Court.   The case will be reassigned only if all parties so consent.

\\\\\

4. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 16-160).  In addition, the parties are cautioned that pursuant to Local Rule 78-230(c), opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  Moreover, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

5. Pro se litigants are advised that even though the court will construe pro se pleadings liberally, the court expects pro se litigants to comply with procedural rules governing this litigation.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure and by the Local Rules.  E.D. Cal Local Rule 83-183.  Failure to obey applicable federal or local rules, or orders of this court, may result in dismissal, judgment by default, or other sanctions.

DATED: 7/5/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

NOW6:VINES.ord.sta.rpts