IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH WILLIAM VINES, JR.,

      Plaintiff,                    No. CIV S-05-2370 FCD EFB PS

      vs.

THOMAS McNEESE KELLER, M.D.,
and U.S. DEPARTMENT OF VETERANS
AFFAIRS,

      Defendants.              <u>ORDER</u>

_____/

      Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

      IT IS SO ORDERED.

DATED: August 29, 2006.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE