UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH W. VINES, JR.,

       Plaintiff,

  v.

UNITED STATES OF AMERICA,

       Defendant.

NO. CIV. S-05-2370 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendant's Motion for Summary Judgment is continued to March 28, 2008 at 10:00 a.m.  Plaintiff shall file and serve their opposition brief or notice of non-opposition no later than March 7, 2008.  The Defendant may file and serve a reply on or before March 14, 2008.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

    3.   Plaintiff's counsel shall file his response to the order to show cause on or before March 7, 2008.

1     4.   A hearing on the order to show cause will follow the
2  hearing on the Motion to Dismiss.
3     IT IS SO ORDERED.
4  DATED: February 26, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE