MARK C. BARULICH
Attorney at Law
State Bar No. 111295
1428 West Street
Redding, CA 96001
Tel:   (530)244-0988
Fax:   (530)244-0998

Attorney for Plaintiff,
KENNETH WILLIAM VINES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAM VINES, JR., | NO.  2:05-CV-2370 FCD/GGH |
| Plaintiff, | **STIPULATION TO EXTEND PRETRIAL SCHEDULING DATES; AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | "AS MODIFIED" |
| Defendants. | |
| _____/ | |

The parties respectfully move the Court to extend the following Pretrial Scheduling dates to the dates proposed below as the Deposition of Thomas Keller, M.D. had to be continued from April 10, 2008 to May 8, 2008 due to the death of his father and the Deposition of James D. Tate, M.D. on April 16, 2008 was not completed and needs to be reset by Defendants to finalize same.

| | *Old Due Date* | *New Due Date* |
|---|---|---|
| Expert designation | May 2, 2008 | May 30, 2008 |
| Supplemental expert disclosure | May 16, 2008 | June 13, 2008 |
| Expert discovery completion | June 13, 2008 | July 18, 2008 |
| Dispositive Motions | August 22, 2008 | October 3, 2008 |
| Final Pretrial Conference | October 17, 2008 | December 5, 2008 at 1:30 p.m. |
| Court Trial | December 9, 2008 | February 10, 2009 at 9:00 a.m. |

//////

//////

| | |
|---|---|
| DATED: May 1, 2008 | /s/ Marc C. Barulich<br>MARC C. BARULICH<br>Attorney for Plaintiff,<br>KENNETH WILLIAM VINES, JR. |
| DATED: May 1, 2008 | By /s/ Kurt A. Didier<br>KURT A. DIDIER<br>Assistant United States Attorney<br>Attorney for Defendant,<br>UNITED STATES OF AMERICA |

## **O R D E R**

This Court finds good cause to grant the parties stipulation, with the modifications as to dates which are noted on page one (1) of this stipulation.

IT IS SO ORDERED.

DATED: May 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE