LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
LYNN TRINKA-ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743

Attorneys for Defendant,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WILLIAM VINES, Jr., ) | No. 2:05-cv-2370 FCD-GGH |
| Plaintiff, ) | **SETTLEMENT STIPULATION; RELEASES; DISMISSAL; ORDER AS TO PLAINTIFF'S CLAIM AGAINST THE UNITED STATES** |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendants. ) | |

It is hereby stipulated by and between plaintiff Kenneth William Vines, Jr., ("Plaintiff") and defendant, the United States of America (with Plaintiff, "the parties") as follows:

1. The parties hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' facility under the terms and conditions set forth in this Stipulation.

2. The United States agrees to pay the sum of Ten Thousand Dollars ($10,000.00) to Plaintiff, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and

personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this action, including any claims for wrongful death, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' medical facility which Plaintiff or his guardians, heirs, executors, administrators, or assigns, and each of them, now have or may hereafter acquire against the United States, its agents, servants, and employees.

     3. Plaintiff and his guardians, heirs, executors, administrators or assigns hereby agree to accept the sum set forth in Paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of, any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' medical facility, which they may have or hereafter acquire against the United States, its agents, servants, and employees on account of the subject matter that gave rise to this action, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' medical facility, including any future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages.  Plaintiff and his guardians, heirs, executors, administrators, or assigns further agree to reimburse, indemnify and hold harmless the United States and its agents, servants and employees from and against any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims arising from the subject matter of this action, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' medical facility.

     4. Plaintiff warrants and represents that he intends that this Stipulation shall release all existing and future claims against the United States and its agents, servants and employees arising directly or indirectly from the acts or omissions that gave rise to the above-captioned

SETTLEMENT AND ORDER AS TO
PLAINTIFF'S CLAIM AGAINST THE U.S.            2

action, including claims that are unknown and unforeseen, including but not limited to any and all claims arising out of any medical treatment Plaintiff has received from the Department of Veteran's Administration or other United States' medical facility, notwithstanding Section 1542 of the Civil Code of the State of California, which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing [this] Release, which if known by him must have materially affected his settlement with the debtor.

5.  This Stipulation is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States or its agents, servants, or employees, and it is specifically denied that they are liable to Plaintiff.  This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

6.  The parties agree that they will each bear their own costs, fees, and expenses; that any attorney's fees owed by Plaintiff will be paid out of the settlement amount and not in addition thereto; and that all outstanding or future bills and liens will be the sole responsibility of Plaintiff.

7.  Payment of the settlement amount will be made by Electronic Funds Transfer to Plaintiff through an account specified by Plaintiff's counsel.

8.  The parties agree to execute and deliver such other and further documents as may be required to carry out the terms of this Agreement.

9.  Each person signing this Stipulation warrants and represents that he or she possesses full authority to bind the person[s] on whose behalf he or she is signing to the terms of the Stipulation.

10.  Each person signing this Stipulation warrants and represents that no promises, inducements, or other agreements not expressly contained herein have been made; that this Stipulation contains the entire agreement between the parties; and that the terms of this Stipulation are contractual and not mere recitals.  This Stipulation may not be altered, amended, modified, or otherwise changed in any respect, except by a writing duly executed by the party to

SETTLEMENT AND ORDER AS TO
PLAINTIFF'S CLAIM AGAINST THE U.S.           3

1  be charged. All prior oral understandings, agreements, and writings are superseded by this
2  Stipulation and are of no force or effect.

3      11.  Each person executing this Stipulation represents that he or she has read and
4  understands its contents; that he or she executes this Stipulation voluntarily; that he or she has
5  not been influenced by any person acting on behalf of any party.

6      12.  The above-captioned action is hereby DISMISSED WITH PREJUDICE to the extent
7  of Plaintiff's claims against the United States and, upon approval by the Court as provided
8  below, the Clerk of the Court is requested to enter this dismissal and release in the official
9  docket.

10      13.  Notwithstanding the entry of a dismissal herein, the parties hereby stipulate that Hon.
11  Frank C. Damrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this
12  compromise settlement.

Dated: June 15, 2009

            */s/ Marc C. Barulich*
            MARC C. BARULICH

            Attorney for Plaintiff

            LAWRENCE G. BROWN
            Acting United States Attorney

Dated: June 15, 2009

By:    */s/ Jason Ehrlinspiel*
       JASON EHRLINSPIEL
       Assistant U.S. Attorney

       Attorney for the United States

**IT IS SO ORDERED.**

Dated: June 15, 2009

            FRANK C. DAMRELL, JR.
            UNITED STATES DISTRICT JUDGE